ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 7 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| UNITED STATES OF AMERICA | No. |
| --- | --- |
| v. | |
| DAVID WILLIAM SKINNER (01) | 4-20CR-143-Y |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Felon in Possession of Firearm
(Violation of 18 U.S.C. § 922(g)(1) and 924(a)(2))

On or about March 21, 2020, in the Fort Worth Division of the Northern District of Texas, defendant **David William Skinner**, did knowingly possess a firearm, to wit: a Glock, model 27, .40 caliber pistol, bearing serial number UKY062, in and affecting interstate and foreign commerce, and did so knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense.

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

Indictment - Page 1

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **David William Skinner**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following:

1. Smith & Wesson, model 10, .38 caliber revolver, with serial number 215053;
2. SIG-Sauer, model P238, .380 caliber pistol, with serial number 27B363315;
3. Glock, model 27, .40 caliber pistol, with serial number UKY062;
4. Ruger (Sturm, Ruger, & Co., Inc.), model 10/22, .22 caliber rifle (weapon made from a rifle), with serial number 121-35919; and
5. Weatherby, model PA-459, 12 gauge shotgun, with serial number AK22867.

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JOHN P. BRADFORD
Assistant United States Attorney
State Bar No. 02818300
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment - Page 2

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

DAVID WILLIAM SKINNER (01)

INDICTMENT

18 U.S.C. § 922(g)(1) and 924(a)(2)
Felon in Possession of Firearm
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. 2461(c)
Forfeiture Notice

A true bill rendered

*[signature]*

FORT WORTH                                                     FOREPERSON

Filed in open court this 17th day of June, 2020.

**Warrant to be Issued - In State Custody.**

*[signature]*

UNITED STATES MAGISTRATE JUDGE