# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE **Terry R. Means** PRESIDING  
COURT REPORTER/TAPE: **Debbie Saenz**  
DEPUTY CLERK **Michelle Moon**  
USPO **Joshua Whitfill**  
LAW CLERK _____  
INTERPRETER _____

CR. No. **4:20-CR-143-Y**   DEFT. No. **(1)**

UNITED STATES OF AMERICA  §  **Douglas A. Allen,** AUSA  
v.  §  
**DAVID WILLIAM SKINNER**  §  **John J. Stickney, (F)**  
Defendant's Name    Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: **1-12-21**  
Hearing Type: ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary  
Time in Court: **18 mins.**  
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered  
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)  
☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None  
Days in Trial: ___  
Hearing Concluded: ☒ Yes  ☐ No

☒ Sentencing held.  ☒ Objections to PSI heard.  ☒ Plea agreement accepted.  ☐ Plea agreement NOT accepted.  
☐ Sentencing Guidelines  ☐ Departs Upward  ☐ Departs Downward

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____ .  
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of **110 months*** .  
☒ .. Deft. placed on: Supervised Released for **3 years** .  
☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____ .  
☐ .. Count(s) _____ dismissed on government's motion.  
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.  
☒ .. $ **100.00** special assessment on Count(s) **1** of ☐ Complaint ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information

☐ ...... Deft ordered to surrender to the designated institution on _____ .  
☐ ...... Deft failed to appear, bench warrant to issue.  
☐ ...... Bond ☐ continued ☐ revoked  
☒ ...... Deft Advised of his right to appeal.  
☐ ...... Deft requests Clerk to enter notice of Appeal.  
☐ ...... Deft Custody/Detention continued.  
☒ ...... Deft REMANDED to custody.   Court recommends incarceration at **a facility that has college-level programming, and the UNICOR program. The Court further recommends that the defendant be enrolled in the Institution Residential Drug Abuse Treatment Program, if eligible.**

U.S. DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS  
FILED  
JAN 1 2 2021  
CLERK, U.S. DISTRICT COURT  
By_____ Deputy

OTHER PROCEEDINGS/INFORMATION: ***to run concurrently with any future sentences that may be imposed in case nos. 1637899D, 1637900D, 1637902D, 1637903D, 1637904D, 1637910D, Criminal District Court No. 1, Tarrant County, TX; and consecutively to any future sentence that may be imposed in case no. 1637455, Criminal Court No. 3, Tarrant County, TX.**